IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ALVIN SHOWERS, III**                                                                                      **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO. 1:19-cv-323-TBM-RPM**

**CITY OF BAY ST. LOUIS** *et al.*                                                              **DEFENDANTS**

## FINAL JUDGMENT

For the reasons stated in the Memorandum Opinion and Order entered this date, Sheriff Adam's Renewed Motion for Judgment on the Pleadings [88] is granted, and the City of Bay St. Louis' and the Municipal Defendants' Motion for Judgment on the Pleadings [85] is granted. The Court finds that this action should be dismissed. This CASE is CLOSED.

This, the 31st day of March, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE